IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ERENAS LUNA, a/k/a | ) | ORDER |
| Luis Ontiveros Murrillo, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 14).  The Court notes plaintiff has no objection.  Subject to the filing of a written waiver of speedy trial, said motion will be granted.  Accordingly,

IT IS ORDERED that the motion to continue trial is granted; trial is rescheduled for:

**Monday, January 8, 2007, at 9 a.m.**

in Courtroom No. 2, Denney Federal Building, Lincoln, Nebraska, or as soon thereafter as may be called by the Court.  The parties need additional time for trial preparation and possible plea negotiations.  Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 25, 2006, and January 8, 2007, shall be deemed

excludable time in any computation of time under the requirement

of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court