IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )            4:03CR3090
        v.                           )
                                     )
LUIS ALBERTO ERENAS-LUNA,            )
                                     )              ORDER
                Defendant.           )
                                     )
_____  )


        IT IS ORDERED:

        Defendant's motion for leave to file brief under seal,

filing 18, is granted.


        DATED this 4th day of January, 2007.


                                BY THE COURT:

                                s/ *David L. Piester*

                                David L. Piester
                                United States Magistrate Judge