```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>     v.     )<br>            )<br>LUIS ALBERTO ERENAS-LUNA, )<br>            )<br>     Defendant. )<br>            ) | 4:03CR3090<br><br>ORDER |

IT IS ORDERED:

1. A hearing on defense counsel's motion to withdraw, filing 17, is set for January 25, 2007 at 2:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. Defendant and defendant's counsel are required to be present for the hearing. Plaintiff's counsel need not appear.

3. Trial of this matter is continued until further order, pending ruling on pending motions.

DATED this 4th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge