```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3090 |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Following a hearing this date on counsel's motion to withdraw,

IT IS ORDERED:

1. Defendant's counsel's motion to withdraw, filing 17, is granted.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 25th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge