IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,          )<br>                              )<br>      v.                      )<br>                              )<br>LUIS ALBERTO ERENAS-LUNA,     )<br>                              )<br>           Defendant.         )<br>                              ) | 4:03CR3090<br><br>ORDER |

IT IS ORDERED:

Defendant is given until March 2, 2007 to comply with the order of January 26, 2007.

DATED this 15th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge