IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>LUIS ALBERTO ERENAS-LUNA,     )<br>                              )<br>            Defendant.        )<br>                              ) | 4:03CR3090<br><br>ORDER |

   IT IS ORDERED:

   Plaintiff's unopposed motion to continue deadline, filing 32, is granted and plaintiff is given to March 30, 2007 to respond to defendant's motion to dismiss and motion to file out of time.

   DATED this 22nd day of March, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge