```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3090 |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue deadline, filing 34, is granted and plaintiff is given to April 4, 2007 to respond to defendant's motion to dismiss and motion to file out of time.

DATED this 2nd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge