IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | ORDER |
| a/k/a MIGUEL ANGEL ONTIVEROS-MURILLO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to continue sentencing (Filing No. 104). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, April 4, 2008, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 31st day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court