IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | ORDER |
| a/k/a MIGUEL ANGEL ONTIVEROS-MURILLO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matter is referred to Magistrate Judge David L. Piester:

> plaintiff's motion to set for hearing on remand (Filing No. 130).

DATED this 22nd day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court