```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to set hearing, filing no. 130, is granted.

1.  The hearing on remand of defendant's motion to dismiss will be held on June 1, 2009 at 9:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  Any briefs shall be filed on or before May 29, 2009.

3.  Defendant shall be present for the hearing.

DATED this 29th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge