IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| v. | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | ORDER |
| Defendant. | ) | |

On the court's own motion, and with the agreement of counsel,

IT IS ORDERED:

The hearing on remand of defendant's motion to dismiss is continued from June 1 to June 19, 2009 at 2:00 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge