IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| LUIS ALBERTO ERENAS-LUNA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    As Judge Piester is temporarily out of the office, I have conferred with Judge Strom and at his direction the following order is entered.

    IT IS ORDERED that the hearing on remand scheduled for June 19, 2009 is canceled. Counsel are directed to contact Judge Strom's chambers to reschedule this matter and all further proceedings regarding this case. A copy of this memorandum and order shall be provided to Judge Strom, Judge Piester and counsel of record.

    DATED this 12th day of June, 2009.

                                                   BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge